# UNREPORTED CASES.

EUGENE D. SPRINGER ET AL., TRADING AS E. D. SPRINGER
& Co., TO THE USE OF LITTLETON F. JOHNSON, JR., JOSEPH
W. HELLEN AND WM. B. PRICE,

*vs.*

WM. J. McCREA AND LESTER McCREA, Co-PARTNERS,
TRADING AS JAMES McCREA & SON.

*Prayers: to take case from jury; refusal; when no ground for reversal.*

The refusal of a prayer to take a case from the jury is no
ground for a reversal even though the prayer should have been
granted, when the jury found for the defendant.          p. 698

*Filed November 21st, 1918.*

Appeal from the Superior Court of Baltimore City. (HEUIS-
LER, J.)

The cause was ·argued before BOYD, C. J., BURKE, THOMAS,
PATTISON, URNER, STOCKBRIDGE and CONSTABLE, JJ.

*John H. Richardson* and *George Washington Williams*, for
the appellants.

*Harry W. Nice* and *George W. Brady,* for the appellees.

CONSTABLE, J., wrote the opinion affirming the judgment in
the court below, in accordance with the *per curiam* filed May 1,
1917, with costs to the appellees.